IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JESSIE JAMES WHIGHAM,

    Plaintiff,

vs.   CASE NO. 5:07cv170/RS-EMT

CORRECTIONS CORPORATION OF
AMERICA, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 26). Plaintiff's Motion To Enter More Document [sic] To The Court (Doc. 27) will be treated as objections and reviewed *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(I).

3. All pending motions are denied as moot.

4. The clerk is directed to close the file.

**ORDERED** on April 16, 2008.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**